IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>LONNIE SPECTOR,<br><br>                Defendant. | CIVIL ACTION<br>NO. 15-6752 |

## ORDER

**AND NOW,** this 3rd day of November 2016, upon consideration of Sardor Bolyaganov's Motion to Intervene and for the Court to Reconsider its Order dated February 19, 2016 dismissing the Complaint in the above-captioned case (Doc. No. 7), Plaintiff's and Defendant's Responses in Opposition to the Motion to Intervene (Doc. Nos. 8-9), Sardor Bolyaganov's Motion to Consolidate two cases filed in this Court (Civil Action Nos. 15-6752, 16-4549) (Doc. No. 10), and Plaintiff's Response in Opposition to the Motion to Consolidate (Doc. No. 11), it is **ORDERED** that Sardor Bolyaganov's Motion to Intervene and for the Court to Reconsider its Order dated February 19, 2016 (Doc. No. 7) and his Motion to Consolidate (Doc. No. 10) are **DENIED**.  This case shall remain closed for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

2